# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 17360 |
| Priscilla Kidd, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| Debtor. ) | |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on September 28, 2020, at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox or before any judge sitting in her place and stead, and present the motion to transfer case, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on September 21, 2020, on each entity shown on the attached list at the address shown and by the method indicated on the list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

                                                                     */s/ Steve Miljus*
                                                                      Attorney for Debtor
                                                                      The Semrad Law Firm, LLC
                                                                      20 S. Clark Street, 28th Floor
                                                                      Chicago, IL 60603
                                                                      (312) 913-0625
                                                                      smiljus@semradlaw.com

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    American Infosource Lp
0752-1                                   Eastern Division                         Po Box 71083
Case 20-17360                            219 S Dearborn                           Charlotte, NC 28272-1083
Northern District of Illinois            7th Floor
Eastern Division                         Chicago, IL 60604-1702
Mon Sep 21 12:51:33 CDT 2020

Cmre. 877-572-7555                       Collection Bureau Of A                   Credit Acceptance
3075 E Imperial Hwy Ste                  25954 Eden Landing Rd                    PO BOX 513
Brea, CA 92821-6733                      Hayward, CA 94545-3837                   Southfield, MI 48037-0513


Custom Coll Srvs Inc                     (p)DISCOVER FINANCIAL SERVICES LLC       First Data Global Leasing by American InfoSo
55 E 86th Ave Ste A                      PO BOX 3025                              PO Box 248838
Merrillville, IN 46410-6265              NEW ALBANY OH 43054-3025                 Oklahoma City, OK 73124-8838


Franciscan St James - Chicago Heights    Irs 1                                    Munster Medical Research Foundation, Inc
1423 Chicago Rd                          P.O. Box 7346                            9650 Gordon Dr
Chicago Heights, IL 60411-3400           Philadelphia, PA 19101-7346              Highland, IN 46322-2909


Oac                                      Pathology Consultants, Inc               Real Time Resolutions, Inc
P.O. Box 500                             1423 Chicago Rd                          1349 EMPIRE CENTRAL DR S
Baraboo, WI 53913-0500                   Chicago Hts, IL 60411-3400               DALLAS, TX 75247-4029


Will County Department Of Revenue        Will County Treasurer's Office           Patrick S Layng
302 N Chicago St                         302 N Chicago St                         Office of the U.S. Trustee, Region 11
Joliet, IL 60432-4078                    Joliet, IL 60432-4059                    219 S Dearborn St
                                                                                  Room 873
                                                                                  Chicago, IL 60604-2027


Priscilla Kidd                           Sarah A Lentes                           Tom Vaughn
PO Box 134                               The Semrad Law Firm, LLC                 55 E. Monroe Street, Suite 3850
Steger, IL 60475-0134                    20 S. Clark St. Suite 2800               Chicago, IL 60603-5764
                                         Chicago, IL 60603-1811
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Bank                            End of Label Matrix
PO BOX15316, ATT:CMS/PROD DEVELOP        Mailable recipients    20
WILMINGTON, DE 19850-5316                Bypassed recipients     0
                                         Total                  20
```

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.  20 B 17360 |
| Priscilla Kidd, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO TRANSFER TO CHIEF JUDGE FOR REASSIGNMENT

NOW COMES Priscilla Kidd, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to transfer to the Chief Judge for reassignment, and in support thereof states as follows:

1. This Court has jurisdiction of this Motion pursuant to 28 U.S.C. Sec. 157(a) and 1334.  This is a core proceeding pursuant to 28 U.S.C. Sec. 157(b)(2)(A), (G) and (O).  Venue in this district is proper pursuant to 28 U.S.C. Sec. 1408 and 1409.

2. Debtor resides in Will County; however, the instant case was mistakenly distributed by the system to Cook County, stating the Debtor resides in Cook County.

3. The instant case should be transferred to the Chief Judge so that it will be assigned to a judge and interim trustee that hears cases in Will County.

WHEREFORE, Priscilla Kidd, the Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court transfer this case to the Chief Judge for reassignment; and

B. For such other and further relief this court deems just and proper.

Respectfully Submitted,
*/s/ Steve Miljus_____*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625